1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11   RAFAEL IGLESIAS,                    )
                                         )
12                    Plaintiff,         )     Case  No. CV 16-02607 AJW
                                         )
13          v.                           )     J U D G M E N T
                                         )
14   NANCY A. BERRYHILL, Acting          )
     Commissioner of  Social Security,   )
15                                       )
                      Defendant.         )
16   _____ )

17
          **IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded to defendant for
18
     further administrative proceedings consistent with the memorandum of decision.
19

20
     July 7, 2017
21
                                          _____
22                                        ANDREW J. WISTRICH
                                          United States Magistrate Judge
23
24
25
26
27
28